30 A.3d 1099

COMMONWEALTH of Pennsylvania, Respondent

v.

Isaiah RANSOME, Petitioner.

No. 52 EM 2011.

Supreme Court of Pennsylvania.

Oct. 13, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of October, 2011, the "Motion to Permit Defendant/Petitioner to Join the Petitions for Allow-

310

ance of Appeal Filed by all Co–Defendants and for Extraordinary Reasons" is **DENIED.**